UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

LISA REYNOLDS,

                                        Plaintiff,

-against-

The CITY OF NEW YORK, et al.,

                                      Defendants.

-------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

16-CV-2631 (RRM) (RER)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
July 21, 2017

LUMER LAW GROUP
*Attorneys for Plaintiff*
225 Broadway, Ste. 2700
New York, NY 10007
212-566-5060

By: _____
Michael Lumer
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York, Carson, Ali, Ortiz, Polichron, and Blake*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Peter W. Brocker
*Assistant Corporation Counsel*

SO ORDERED:

s/Roslynn R. Mauskopf
_____
HON. ROSLYNN R. MAUSKOPF
UNITED STATES DISTRICT JUDGE

Dated: July 31, 2017

2